# United States District Court
# For The Western District of North Carolina
# Statesville Division

LARRY DONNELL WALLACE,

        Plaintiff(s),                      JUDGMENT IN A CIVIL CASE

vs.                                          CASE NO. 5:06CV21-3-MU

MARTY T. SHUFORD,

        Defendant(s).

DECISION BY COURT.  This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's February 6, 2006, Order.

                                                  Signed: February 6, 2006

                                                  Frank G. Johns, Clerk
                                                  United States District Court

Dockets.Justia.com